■ ROBERT PLOUSE, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 1.) (Claim No. 70226.) (Appeal from Judgment of Court of Claims, Hanifin, J.—Negligence.) Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.

■ DOUGLAS J. LANCASTER, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 2.) (Claim No. 70227.) (Appeal from Judgment of Court of Claims, Hanifin, J.—Negligence.) Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.

■ GARRATT M. SAVAGE et al., Plaintiffs, v SPECIALTY RETAIL CONCEPTS, INC., Respondent, and CARROLS CORPORATION, Appellant. (Appeal No. 6.) (Appeal from Judgment of Supreme Court, Onondaga County, Hayes, J.—Negligence.) Present— Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.